

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

CARLETON B. SYPH II,

                    *Plaintiff*

    v.

JUDGE EDWARD A. ARCE,

JUDGE JOHN THOMAS CARR,

MICHELLE DWORAK of

Women's Divorce & Family Law Group

by Haid and Teich LLP,

                  *Defendants*

) Case No: 1:18-cv-04821
) Judge Mathew F. Kennelly
) Magistrate Judge M. David Weisman
)
)
)
)

# FILED

AUG 1 4 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## <u>MOTION TO APPROVE ALTERNATIVE SERVICE</u>

NOW COMES Plaintiff, Carleton B. Syph II and his MOTION TO APPROVE ALTERNATIVE

SERVICE pursuant to **FRCP 4(e)(1)** , alleges, states, and avers:

### <u>Statement of Relevant Facts</u>

1. On 7/13/2018, a Complaint for Declaratory and Injunctive Relief was filed, and summons

    issued for the following defendants who can be found at the corresponding addresses.

        JUDGE EDWARD A. ARCE
        Circuit Court of Cook County
        50 W. Washington St., Rm. 2002 Chicago, Illinois 60602

        JUDGE JOHN THOMAS CARR
        Circuit Court of Cook County
        50 W. Washington St., Rm. 1608 Chicago, Illinois 60602

        MICHELLE DWORAK
        WOMEN'S DIVORCE AND FAMILY
        LAW GROUP by HAID & TEICH LLP
        233 S. Wacker Dr 84TH FLOOR
        CHICAGO, IL 60606

2. On 7/16/2018, Carleton B. Syph II retained, MSI Detective Services License # 117-000206 to serve the aforementioned summons. After doing so MSI Detective Service informed Carleton B. Syph II, they were unable to serve summons without being added as a Special Process Server by court order. **(See Exhibits A "MSI Documents")**

3. On 7/26/2018 Carleton B. Syph II appeared in front of Judge Edward A. Arce wherein which he asked for a Special Process Server to be assigned, who responded:

   > *"Oh I don't do that for you. The judge that's assigned to that case is going to do that."* **(See Exhibit B** "7/26/18 Transcript excerpt")

4. On 7/30/2018, A motion to <u>Amend the Complaint for Declaratory and Injunctive Relief</u>, the corresponding <u>Amended Complaint for Declaratory and Junctive Relief</u>, **AND** a <u>Motion for Special Process Server</u> was filed with the clerk's office of Norther District of Illinois wherein which an 8/2/2018 court date was set to hear the motions. The Notice of Motions and proof of delivery are included. **(See Exhibit C** "Notice and Proof of Delivery) The Motion for Special Process referred cited *(735 ILCS 5/2-202)(a-5)* to be the presumptive reason for why:

   MSI Detective Services
   License # 117-000206

   Would not serve the summons without a court order.

5. On 7/31/2018 Judge Mathew F. Kennelly **GRANTED** Motion to <u>Amend the Complaint for Declaratory and Injunctive Relief</u> and **DENIED** <u>Motion for Special Process Server.</u> The Honorable Mathew F. Kennelly referred to **Rule 4(2)(c)** *By Whom. Any person who is at least 18 years old and not a party may serve a summons and complaint.* To support that request for Special Process Server is/was a moot point in the federal courts.

6. On 8/2/2018 the <u>Motion for Special Process Server</u> and Judge Mathew F. Kennelly's corresponding order was emailed to representatives at MSI Detective Services. (**See Exhibit D** "Email to MSI")

7. On 8/3/2018 representatives at MSI Detective Services was successful at serving the summons on the following defendants by leaving them with authorized agents. (**See Exhibit E** "MSI Affidavit")

> JUDGE EDWARD A. ARCE
> Circuit Court of Cook County
> 50 W. Washington St., Rm. 2002 Chicago, Illinois 60602

> JUDGE JOHN THOMAS CARR
> Circuit Court of Cook County
> 50 W. Washington St., Rm. 1608 Chicago, Illinois 60602

Servicer was denied access to serve the following defendant on 8/3/2018 and then again on 8/6/2018. (**See Exhibit E** "MSI Affidavit")

> MICHELLE DWORAK
> WOMEN'S DIVORCE AND FAMILY
> LAW GROUP by HAID & TEICH LLP
> 233 S. Wacker Dr 84TH FLOOR
> CHICAGO, IL 60606

## **ARGUMENT**

8. It's is argued as indicated in Judge Mathew F. Kennelly's 7/31/2018 order that **FRCP Rule 4(c)(2)** allows for:

> *Any person who is at least 18 years old and not a party may serve a summons and complaint.*

9. Furthermore, it is asserted that **(735 ILCS 5/2-202)(b)** explains that:

> *Summons may be served upon the defendants wherever they may be found in the State, by any person authorized to serve process.*

10. That said, what's outlined in the third section of MSI's affidavit, is but more of the same

type of blatant disregard for federal, state statues and professional conduct standards

exhibit by Women's Divorce & Family Law Group by Haid and Teich LLP and other

counsels in case 12D009167; albeit in a different form. Here they violate (**720 ILCS**

**5/31-3**) [1] and **18 U.S. Code § 1501** [2] to avoid/interfere with a summon being served;

before they've presented, participated in presenting, or threatened to present criminal

disciplinary action aimed at intimidating Carleton B. Syph II from continuing with his

right to litigate the merits of the case as can be seen below. [3]

**7/28/2017 Transcripts**

```
17                                      We are asking
18    for commitment, Judge.  We're asking for him to be
19    put into jail.  He has made virtually no sincere good
20    faith effort to make payments on that.
```

**9/18/2017 Transcripts**

```
18        MR. HAID: So, Judge, we are asking for
19    Mr. Syph to be taken into custody to go through --
20    starting with the order of July 28th, 2017.  I think
```

---

[1] **(735 ILCS 5/2-202)(b)** Summons may be served upon the defendants wherever they may be found in the State, by any person authorized to serve process.

**(720 ILCS 5/31-3)** Obstructing service of process.   Whoever knowingly resists or obstructs the authorized service or execution of any civil or criminal process or order of any court commits a Class B misdemeanor.

[2] **18 U.S. Code § 1501** Whoever knowingly and willfully obstructs, resists, or opposes any officer of the United States, or other person duly authorized, in serving, or attempting to serve or execute, any legal or judicial writ or process of any court of the United States, or United States magistrate judge…Shall, except as otherwise provided by law, be fined under this title or imprisoned not more than one year, or both.

[3] **Illinois Professional Conduct Standards RULE 8.4:** It is professional misconduct for a lawyer to:  (g) present, participate in presenting, or threaten to present criminal or professional disciplinary charges to obtain an advantage in a civil matter.

*11.* For the reasons in the three proceeding paragraphs it's reiterated as argued that the individuals or entities mentioned in MSI's affidavit; who participated in preventing the summons from being served on MICHELLE DWORAK are in violation of (**720 ILCS 5/31-3**) [4] and **18 U.S. Code § 1501** [5].

12. However, because MSI's affidavits do not specifically name individuals or entities who interfered with serving defendant MICHELLE DWORAK who "willfully and intentionally engaged in a course of conduct calculated to evade service of process"; we ask this court in accordance with **FRCP 4(e)(1)** and **735 ILCS 5/2- 203.1** to enter an order directing a comparable method of service; which will effectuate due process by serving the summons, or, more clearly highlight the intentions of both the defendant and entities to obstruct justice.

13. It's important to conclude here:

    a. *The notice required by due process is that which is " 'reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford then an opportunity to present their objections.' " Rosewell v. Chicago Title & Trust Co., 99 Ill.2d 407, 411, 76 Ill.Dec. 831, 459 N.E.2d 966 (1984), quoting Mullane v. Central Hanover Bank & Trust Co., 339 U.S. 306, 314-15, 70 S.Ct. 652, 657, 94 L.Ed. 865, 873 (1950).*

---

[4] **(735 ILCS 5/2-202)(b)** Summons may be served upon the defendants wherever they may be found in the State, by any person authorized to serve process.

    **(720 ILCS 5/31-3)** Obstructing service of process. Whoever knowingly resists or obstructs the authorized service or execution of any civil or criminal process or order of any court commits a Class B misdemeanor.

[5] **18 U.S. Code § 1501** Whoever knowingly and willfully obstructs, resists, or opposes any officer of the United States, or other person duly authorized, in serving, or attempting to serve or execute, any legal or judicial writ or process of any court of the United States, or United States magistrate judge...Shall, except as otherwise provided by law, be fined under this title or imprisoned not more than one year, or both.

    b.   *Courts do not favor those who seek to evade service of summons.  Edward Hines*

       *Lumber Co. v. Smith, 29 Ill.App.2d 35, 42, 172 N.E.2d 429 (1961).*

WHEREFOR WE ASK

  I.     The court to enter an order directing the Marshal to serve the summons on

       JOSHUA HAID, MICHELLE DWORAK or any other agent located at and/or

       authorized to receive mail for attorneys located at:

            Women's Divorce & Family Law Group by Haid and Teich LLP
            233 S. Wacker Drive, 84th Floor,
            Chicago, IL 60606

  II.    We ask that the court to grant permission for waiver of the prepayment of fees
       and cost for United States Marshal Service

  III.   Award such other and further relief as the Court deems just and proper.

Name Under the penalties as provided by law pursuant to Section 5/1-109 of the Code of Civil

Procedure, the undersigned certifies that the statements set forth in this instrument are true and

correct, except as to matters therein stated to be on information and belief and as to such matters

the undersigned certifies as aforesaid that she/he verily believes the same to be true.

                   Respectfully submitted by,
                   CARLETON B. SYPH II

                   Pro se Plaintiff

**Date:**  8/14/2018

Carleton B. Syph II
848 Dodge Ave #426
Evanston, IL 60202
Telephone 224-725-0765
Email: greenerlaundry@gmail.com

# Exhibits A

**"MSI Documents"**



**MSI**
DETECTIVE SERVICES

# CREDIT CARD AUTHORIZATION – ATTN: NERDISA MURATAGIC

√ I, _Cristofor B. Syon II_, authorize MSI Detective Services/ Myers Service, Inc.
(print your name as it appears on your credit card)
√ to charge my credit card account number ███████████
√ expiration date **01/22**, security code on back of card ___ ████████

### for 3 Chicago serves

_____X_____ I understand that MSI Detective Services/ Myers Service, Inc. will charge my credit card for service of process. I also understand that MSI Detective Services does not guarantee results from its process service, and will make up to 3 attempts.

I will be using the following credit card:

√ Master Card          ☐ Visa          ☐ Discover          ☐ American Express

If I cancel my request for services, I agree to allow Myers Service, Inc. to deduct **$75.00** from any unused balance I may have. If a credit from Myers Service, Inc. is applied to my card, I understand that my account is subject to a fee of 3% of the amount credited.

**Under penalty of fraud charges:**
√ **I attest that I am an authorized user on this card** _____
                                                          (Your Signature)

√ **7/16/18**          √ Billing _848 Dodge Ave #426_
Today's Date
                        √ City _Evanston_          √ State _IL_

                        √ Zip Code _60202_  √ Phone No. _224-725-0765_

Please **complete, sign and initial,** and fax back to (773) 614-6620, or e-mail to nerdisa@detectiveservices.com. Thank you!

APPROVED

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of Illinois

| | |
|---|---|
| Carleton B. Syph II <br><br><br> *Plaintiff(s)* <br> v. <br><br> **Judge Edward A. Arce** <br><br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

1:18-cv-04821
**Judge Matthew F. Kennelly**
**Magistrate Judge M. David Weisman**

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**Judge Edward A. Arce**
**Daley Center**
**50 W. Washington St., Rm. 2002**
**Chicago, Illinois 60602**
**(312) 603-5913**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Carleton B. Syph II**

**848 Dodge Ave #426**

~~Evanston, IL 60202~~
EVanston, IL 60202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: JUL 1 3 2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Illinois

|  |  |  |
|---|---|---|
| **Carleton B. Syph II** | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | 1:18-cv-04821 |
| v. | ) | Judge Matthew F. Kennelly |
| | ) | Magistrate Judge M. David Weisman |
| **Judge John Thomas Carr** | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**Judge John Thomas Carr**
**Daley Center**
**50 W. Washington St., Rm. 1608**
**Chicago, Illinois 60602**
**(312) 603-5913**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Carleton B. Syph II**
**848 Dodge Ave #426**
~~Evanston, IL 60202~~
Evanston, IL 60202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: JUL 1 3 2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Illinois

| | |
|---|---|
| Carleton B. Syph II <br><br> *Plaintiff(s)* <br><br> v. <br><br> **Michelle Dworak** <br> **Women's Divorce & Family Law Group** <br> **by Haid and Teich LLP** <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> 1:18-cv-04821 <br> Judge Matthew F. Kennelly <br> Magistrate Judge M. David Weisman |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**Michelle Dworak**

**Women's Divorce & Family Law Group  by Haid and Teich LLP**

**233 S. Wacker Drive, 84th Floor**

**Chicago, IL 60606**

> A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Carleton B. Syph II**

**848 Dodge Ave #426**

~~**Evanston, IL 60202**~~
*Evanston, IL  60202*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  JUL 1 3 2018

*Katherine Baker*
*Signature of Clerk or Deputy Clerk*

# Exhibit B

"7/26/18 Transcript excerpt"



21    MR. SYPH:   Lastly, Judge, I just had a request.   Is

22  there anyway that you can grant me an order assigning a

23  special service process server to file a summons.

24  Apparently there's some type of law within Cook County

1 that prevents summons from being served upon any party

2 without an order from the Court unless, of course, the

3 sheriff does it, but in this instance I'm using a

4 private service processor. So they asked me to ask you

5 if I could get an order assigning them as the server on

6 my behalf.

7     THE COURT: Do you have a motion?

8     MR. SYPH: Well, obviously, you know, Judge, you

9 barred me from filing all motions and pleadings.

10     THE COURT: Excuse me. I'm going to stop you

11 there. I'm going to stop you there.

12     MR. SYPH: Okay.

13     THE COURT: You want leave to file a motion to

14 appoint a special process server?

15     MR. SYPH: Or I would ask that you accept this as

16 an oral motion.

17     MR. ELSTER: I don't know what Mr. Syph is talking

18 about. This is a new action. I'm not sure that the

19 case is -- is there a case pending other than the

20 divorce?

21     THE COURT: In this case, sir, or another case?

22     MR. SYPH: Another case.

23     THE COURT: Oh, I don't do that for you. The judge

24 that's assigned to that case is going to do that.

1      MR. SYPH: Makes sense.

2      THE COURT: Thank you all.

3      MR. ELSTER: If I may, Judge. Aside from the
4  support, there is the issue pursuant to your Honor's
5  contempt order regarding the purge. I think there's no
6  dispute that the thousand dollars that was due on June
7  28th and the $500 that was due on July 7th has not been
8  paid. That's separate and apart from the child
9  support. I don't know if your Honor is going to
10  address that today.

11      THE COURT: No, I want to do it all at the same
12  time. I want to have the ruling for you before I do
13  that.

14      MR. ELSTER: So continue for ruling on Count Two of
15  the petition and for hearing.

16      THE COURT: Yes. I want to get that ruling I owe
17  you and then we'll deal with all the things when I have
18  more time. I'll set aside a half hour because I just
19  had you on my status call for compliance on the purge
20  today. It wouldn't be fair to anybody if I rushed
21  through that.

22      MR. ELSTER: Okay.

23

24

14

# Exhibit C

"Notice and Proof of Delivery"



FROM:
CARLETON SYPH
848 Dodge Ave #426
EVANSTON IL 60202
US
(224) 725-0765

TO: Michelle Dworak
Women's Divorce and Family Law Grou
233 S. Wacker Dr. 84th Floor

CHICAGO IL 60606
(312) 445-8830
INV:
PO:

TRK# 7728 4693 3991

REF: DWORAK R_2_2018 MOTIONS
DEPT

SHIP DATE: 30JUL18
ACTWGT: 3.00 LB
CAD: 1122355110/NET4040
DIMMED: 8 X 11 X 1 IN

BILL SENDER

FedEx
Ground

9632 0019 6 (000 000 0000) 0 00 7728 4693 3991

60606

(US)

J182018072201uv

552J1/3309/DCA5

---

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** IMPORTANT: TRANSMIT YOUR SHIPPING DATA AND PRINT A MANIFEST:
At the end of each shipping day, you should perform the FedEx Ground End of Day Close procedure to transmit your shipping data to FedEx. To do so, click on the Ground End of Day Close Button. If required, print the pickup manifest that appears. A printed manifest is required to be tendered along with your packages if they are being picked up by FedEx Ground. If you are dropping your packages off at a FedEx drop off location, the manifest is not required.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide and applicable tariff, available upon request. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations, including limitations on our liability, can be found in the current FedEx Service Guide and applicable tariff. In no event shall FedEx Ground be liable for any special, incidental, or consequential damages, including, without limitation, loss of profit, loss to the intrinsic value of the package, loss of sale, interest income or attorney's fees. Recovery cannot exceed actual documented loss. Items of extraordinary value are subject to separate limitations of liability set forth in the Service Guide and tariff. Written claims must be filed within strict time limits, see current FedEx Service Guide.



August 13,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **772846933991**.

---

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 233 S. WACKER DR. 84TH FLOOR |
| | | | Chicago, IL 60606 |
| **Signed for by:** | Signature on File | **Delivery date:** | Jul 31, 2018 17:38 |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment because a signature was not required.

---

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 772846933991 | **Ship date:** | Jul 30, 2018 |
| | | **Weight:** | 1.0 lbs/0.5 kg |

| **Recipient:** | **Shipper:** |
|---|---|
| Michelle Dworak | CARLETON SYPH |
| Women's Divorce and Family Law Grou | CARLETON SYPH |
| 233 S. Wacker Dr. 84th Floor | 848 Dodge Ave #426 |
| CHICAGO, IL 60606 US | EVANSTON, IL 60202 US |
| **Reference** | Dworak 8_2_2018 Motions |

Thank you for choosing FedEx.

**RECEIVED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUL 3 0 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CARLETON B. SYPH II,

                *Plaintiff*

    v.

JUDGE EDWARD A. ARCE,
JUDGE JOHN THOMAS CARR,
MICHELLE DWORAK of
Women's Divorce & Family Law Group
by Haid and Teich LLP,

              *Defendants*

) Case No: 1:18-cv-04821
) Judge Mathew F. Kennelly
) Magistrate Judge M. David Weisman
)
)
)
)

## [NOTICE OF MOTION]

**TO:**   MICHELLE DWORAK
       WOMEN'S DIVORCE AND FAMILY
       LAW GROUP by HAID & TEICH LLP
       233 S WACKER DR SUITE 84TH FLOOR
       CHICAGO, IL 60606

**PLEASE TAKE NOTICE** that on _8/2/2018_ at _9.30 Am_, or

soon thereafter as I may be heard, I shall appear before the **Honorable Judge Mathew F.**

**Kennelly** or any judge sitting in his or her stead in **Courtroom** _2103_ of the U.S.

District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St.,

Chicago IL and present the following motions attached hereto:

1. **Motion to Amend COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF filed 7/13/2018**

2. **Motion to Assign Special Processes Server & To Enlarge Defendants Time to Respond**

## CERTIFICATE OF SERVICE

I herby certify that on_ _7/30/2018_ , I provided service to the person or persons listed

above by the following  by **FEDEX ground**



TRK# 7728 4683 4300

9632 0019 6 (000 000 0000) 0 00 7728 4683 4300

60602

FROM: SYPH
EARLETON SYPH
848 Dodge Ave #426
EVANSTON IL 60202
US
(224) 725-0765

SHIP DATE: 30JUL18
ACTWGT: 1.0 LB
CAD: 112235010/NET4040
DIM: MED: 8 X 11 X 1 IN

BILL SENDER

TO: Judge Edward A. Arce
Circuit Court of Cook County
50 W. Washington St. Rm. 2002

(312) 603-5913
INV:
PO:

CHICAGO IL 60602

REF: ARCE 8_2_2018 MOTIONS
DEPT:

FedEx Ground

(US)

J182018072201uv

552J1/3309/DCA5

---

**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: IMPORTANT: TRANSMIT YOUR SHIPPING DATA AND PRINT A MANIFEST:
At the end of each shipping day, you should perform the FedEx Ground End of Day Close procedure to transmit your shipping data to FedEx. To do so, click on the Ground End of Day Close Button. If required, print the pickup manifest that appears. A printed manifest is required to be tendered along with your packages if they are being picked up by FedEx Ground. If you are dropping your packages off at a FedEx drop off location, the manifest is not required.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide and applicable tariff, available upon request. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations, including limitations on our liability, can be found in the current FedEx Service Guide and applicable tariff apply. In no event shall FedEx Ground be liable for any special, incidental, or consequential damages, including, without limitation, loss of profit, loss to the intrinsic value of the package, loss of sale, interest income or attorney's fees. Recovery cannot exceed actual documented loss. Items of extraordinary value are subject to separate limitations of liability set forth in the Service Guide and tariff. Written claims must be filed within strict time limits, see current FedEx Service Guide.



August 13,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **772846834300**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 50 E WASHINGTON ST |
| | | | Chicago, IL 60602 |
| **Signed for by:** | FFRANTA | **Delivery date:** | Jul 31, 2018 12:36 |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 772846834300 | **Ship date:** | Jul 30, 2018 |
| | | **Weight:** | 1.0 lbs/0.5 kg |

**Recipient:**
Judge Edward A. Arce
Circuit Court of Cook County
50 W. Washington St. Rm. 2002
CHICAGO, IL 60602 US

**Shipper:**
CARLETON SYPH
CARLETON SYPH
848 Dodge Ave #426
EVANSTON, IL 60202 US

**Reference**        Arce 8_2_2018 Motions

Thank you for choosing FedEx.

**RECEIVED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUL 3 0 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CARLETON B. SYPH II,

                    *Plaintiff*

    v.

JUDGE EDWARD A. ARCE,
JUDGE JOHN THOMAS CARR,
MICHELLE DWORAK of
Women's Divorce & Family Law Group
by Haid and Teich LLP,

                 *Defendants*

) Case No: 1:18-cv-04821
) Judge Mathew F. Kennelly
) Magistrate Judge M. David Weisman
)
)
)
)

## [NOTICE OF MOTION]

**TO:**  **JUDGE EDWARD A. ARCE**
      Circuit Court of Cook County
      50 W. Washington St., Rm. 2002
      Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that on ___8/2/2018___ at ___9:30 Am___, or

soon thereafter as I may be heard, I shall appear before the **Honorable Judge Mathew F.**

**Kennelly** or any judge sitting in his or her stead in **Courtroom** ___2103___ of the U.S.

District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St.,

Chicago IL and present the following motions attached hereto:

1. **Motion to Amend  COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF filed 7/13/2018**

2. **Motion to Assign Special Processes Server & To Enlarge Defendants Time to Respond**

## CERTIFICATE OF SERVICE

I herby certify that on___7/30/2018___, I provided service to the person or persons listed

above by the following  by **FEDEX ground**

Case: 1:18-cv-04821 Document #: 14 Filed: 08/14/18 Page 24 of 32 PageID #:455



FROM:
CARLETON SYPH
848 Dodge Ave #426
EVANSTON IL 60202
US
(224) 725-0765

TO: Judge John Thomas Carr
Circuit Court of Cook County
50 W. Washington St Rm. 1608

CHICAGO IL 60602
(312) 603-4832
INV
PO

REF: JUDGE CARR 8_2_2018 MOTIONS
DEPT

SHIP DATE: 08JUL18
ADLWGT: 1.00 LB
CAD: 112235510/NET4040
DIMMED: 8 X 11 X 1 IN

BILL SENDER

TRK# 7728 4699 0623

9632 0019 6 (000 000 0000) 0 00 7728 4699 0623

60602

(US)

**FedEx** Ground

J182018072201uv            552J1/3309/DCA5

---

**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: IMPORTANT: TRANSMIT YOUR SHIPPING DATA AND PRINT A MANIFEST:
At the end of each shipping day, you should perform the FedEx Ground End of Day Close procedure to transmit your shipping data to FedEx. To do so, click on the Ground End of Day Close Button. If required, print the pickup manifest that appears. A printed manifest is required to be tendered along with your packages if they are being picked up by FedEx Ground. If you are dropping your packages off at a FedEx drop off location, the manifest is not required.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide and applicable tariff, available upon request. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations, including limitations on our liability, can be found in the current FedEx Service Guide and applicable tariff apply. In no event shall FedEx Ground be liable for any special, incidental, or consequential damages, including, without limitation, loss of profit, loss to the intrinsic value of the package, loss of sale, interest income or attorney's fees. Recovery cannot exceed actual documented loss. Items of extraordinary value are subject to separate limitations of liability set forth in the Service Guide and tariff. Written claims must be filed within strict time limits, see current FedEx Service Guide.



August 13, 2018

Dear Customer:

The following is the proof-of-delivery for tracking number **772846990623**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | 50 E WASHINGTON ST<br>Chicago, IL 60602 |
| Signed for by: | FFRANTA | Delivery date: | Jul 31, 2018 12:36 |
| Service type: | FedEx Ground | | |
| Special Handling: | | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 772846990623 | Ship date: | Jul 30, 2018 |
| | | Weight: | 1.0 lbs/0.5 kg |

Recipient:
Judge John Thomas Carr
Circuit Court of Cook County
50 W. Washington St Rm. 1608
CHICAGO, IL 60602 US

Shipper:
CARLETON SYPH
CARLETON SYPH
848 Dodge Ave #426
EVANSTON, IL 60202 US

**Reference**          Juge Carr 8_2_2018 Motions

Thank you for choosing FedEx.

**RECEIVED**

IN THE UNITED STATES DISTRICT COURT

**JUL 3 0 2018**

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CARLETON B. SYPH II,

     *Plaintiff*    ) Case No: 1:18-cv-04821

 v.         ) Judge Mathew F. Kennelly

JUDGE EDWARD A. ARCE,   ) Magistrate Judge M. David Weisman

JUDGE JOHN THOMAS CARR,  )

MICHELLE DWORAK of    )

Women's Divorce & Family Law Group )

by Haid and Teich LLP,    )

    *Defendants*

## [NOTICE OF MOTION]

**TO: JUDGE JOHN THOMAS CARR**

   Circuit Court of Cook County

   50 W. Washington St., Rm. 1608

   Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that on _8/2/2018_ at _9:30 Am_, or

soon thereafter as I may be heard, I shall appear before the **Honorable Judge Mathew F.**

**Kennelly** or any judge sitting in his or her stead in **Courtroom** _2103_ of the U.S.

District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St.,

Chicago IL and present the following motions attached hereto:

1. **Motion to Amend COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF filed 7/13/2018**

2. **Motion to Assign Special Processes Server & To Enlarge Defendants Time to Respond**

## CERTIFICATE OF SERVICE

I hereby certify that on _7/30/2018_, I provided service to the person or persons listed

above by the following by **FEDEX ground**

# Exhibit D

**See Exhibit D** "Email to MSI"

Case: 1:18-cv-04821 Document #: 14 Filed: 08/14/18 Page 28 of 32 PageID #:459

 Gmail

**Bud Syph <greenerlaundry@gmail.com>**

## Special Process Server "Carleton B. Syph II" summons

**Carleton Syph** <greenerlaundry@gmail.com>
To: nerdisa@detectiveservices.com, pedro@detectiveservices.com

Thu, Aug 2, 2018 at 12:07 PM

See attached motion and order for special process server.

**2 attachments**

📄 **2018_7_30_Motion for Special Process Server.pdf**
1773K

📄 **2018_7_31_Judge Kennelly Order of Special Process Server.pdf**
3601K

# Exhibit E

"MSI Affidavit"

# UNITED STATES DISTRICT COURT
### For the
### NORTHERN DISTRICT OF ILLINOIS

**Carleton B. Syph II**

**v.**                                                          **Case #: 1:18-cv-04821**

**Judge John Thomas Carr**

### Proof of Service Affidavit

Martin Mroz, being first duly sworn on oath deposes and says he is over 18 years of age, not a party to the above suit and is a registered employee of the Illinois Department of Professional Regulation Private Detective Agency #117-000206, Myers Service Inc., d/b/a MSI Detective Services.

That he served a copy of the Summons in a Civil Action, Complaint for Declaratory and Injective Relief, and all accompanying documents, on Judge John Thomas Carr, Daley Center, located at, 50 W. Washington St., Room 2600, Chicago, IL 60602, on Friday, August 03, 2018, at 11:55 a.m., by serving the documents on Casandra McKinney, Administrative Assistant, who stated that she is authorized to accept the documents for Judge John Thomas Carr. That the server informed Casandra McKinney of the contents of the documents by stating, "This is a Summons and Complaint," and that Casandra McKinney confirmed that she understood and accepted the documents in hand.

Casandra McKinney is described as an African American female, approximately 40 years of age, 5'5" in height, medium build, with black hair, and wearing glasses.

_____
SPECIAL PROCESS SERVER (signature)

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

_____
SPECIAL PROCESS SERVER (signature)

# UNITED STATES DISTRICT COURT
**For the**
**NORTHERN DISTRICT OF ILLINOIS**

**Carleton B. Syph II**

**v.**                                                    **Case #: 1:18-cv-04821**

**Judge Edward A. Arce**

### Proof of Service Affidavit

Martin Mroz, being first duly sworn on oath deposes and says he is over 18 years of age, not a party to the above suit and is a registered employee of the Illinois Department of Professional Regulation Private Detective Agency #117-000206, Myers Service Inc., d/b/a MSI Detective Services.

That he served a copy of the Summons in a Civil Action, Complaint for Declaratory and Injective Relief, and all accompanying documents, on Judge Edward A. Arce, Daley Center, located at, 50 W. Washington St., Room 2600, Chicago, IL 60602, on Friday, August 03, 2018, at 11:55 a.m., by serving the documents on Casandra McKinney, Administrative Assistant, who stated that she is authorized to accept the documents for Judge Edwards A. Arce. That the server informed Casandra McKinney of the contents of the documents by stating, "This is a Summons and Complaint," and that Casandra McKinney confirmed that she understood and accepted the documents in hand.

Casandra McKinney is described as an African American female, approximately 40 years of age, 5'5" in height, medium build, with black hair, and wearing glasses.

_____
SPECIAL PROCESS SERVER (signature)

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

_____
SPECIAL PROCESS SERVER (signature)

# UNITED STATES DISTRICT COURT
### For the
### NORTHERN DISTRICT OF ILLINOIS

Carleton B. Syph II

v.                                                                                    Case #: 1:18-cv-04821

Michelle Dworak
Women's Divorce & Family Law Group
By Haid and Teich LLP

---

<u>Martin Mroz,</u> being first duly sworn on oath deposes and says he is over 18 years of age, not a party to the above suit and is a registered employee of the Illinois Department of Professional Regulation Private Detective Agency #117-000206, Myers Service Inc., d/b/a MSI Detective Services.

I.   That he made the following attempts to serve a copy of the Summons in a Civil Action, and Complaint for Declaration and Injunctive Relief, on the within named Individual, <u>Michelle Dworak:</u>

II.   That he attempted to serve the within named Individual on the following date and time:

at the following address: <u>233 S. Wacker Ave., 84th Floor, Chicago, IL 60606</u>

<u>Friday, August 3, 2018 at 3:45 p.m. -</u> That this property is described as a high rise commercial building and the known place of business, for Michelle Dworak of Women's Divorce & Family Law Group. That the server was denied access to Ms. Dworak's office, by the front desk security. That the front desk security phoned upstairs, to Ms. Dworak's office and was told that Michelle Dworak was not in, and there was no one authorized to accept.

<u>Monday, August 6, 2018 at 10:30 a.m. –</u> That the server returned to Ms. Dworak's office, in an attempt to deliver the following documents. Once again, the server was denied access to the office, and the front desk security phoned Women's Divorce & Family Law Group and advised the server that he was told that they will not be coming down to accept the documents.

That MSI Detective Services inside staff further phoned the Women's Divorce & Family Law Group explaining in detail that we had legal documents for Michelle Dworak and that the server was in the lobby, waiting for either Michelle Dworak or an authorized individual to come down and accept the documents. That the receptionist of Women's Divorce & Family Law Group, who refused to provide her name, stated that she was told, by the partner of the firm, to not allow the server access to the office and to not go down to accept the documents.

_____
SPECIAL PROCESS SERVER (signature)

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

_____
SPECIAL PROCESS SERVER (signature)