## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Carleton B. Syph II, </br>     Plaintiff, </br> </br> v. </br> </br> Judge Edward Arce, Judge John Thomas Carr, and Michelle Dworak, </br>     Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) | Case No: 18 C 4821 </br> </br> </br> </br> Judge: Kennelly |

## ORDER

    For the reasons stated below, the Court dismisses this case for lack of subject matter jurisdiction, or alternatively under the *Younger* abstention doctrine. All other pending motions [14] [23] are terminated as moot, and the 9/19/2018 hearing is vacated.

## STATEMENT

Plaintiff Carleton B. Syph II has sued two state court judges and an attorney for claims arising from ongoing divorce and related proceedings in state court. In his response to an order to show cause why the case should not be dismissed, Mr. Syph says that he is asking this Court to enjoin the state court judges (and other state court judges) from enforcing any orders entered by Judge Arce and from making further rulings in the case. *See* Pl.'s Response to Sua Sponte Order at 11.

There are at least two reasons why the case must be dismissed. First, Mr. Syph is attempting to challenge in federal court the propriety of state court orders that were, or are currently, appealable in the state court system. This runs afoul of the so-called *Rooker-Feldman* doctrine, which bars federal court jurisdiction over such challenges. *See generally Exxon-Mobil Corp. v. Saudi Basic Indus. Corp.* 544 U.S. 290, 293 (2005). Second, the abstention doctrine recognized in *Younger v. Harris*, 401 U.S. 37 (1971), applies to ongoing divorce matters and precludes this Court from intervening and putting a stop to the divorce proceeding, which is essentially what Mr. Syph is asking for by his request to enjoin the state court judges from enforcing or entering further orders.

For these reasons, the Court directs the Clerk to enter judgment dismissing this case.

_____
MATTHEW F. KENNELLY
United States District Judge

Date: 9/17/2018