IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CARLETON B. SYPH II,
                *Plaintiff*

v.

JUDGE EDWARD A. ARCE,
JUDGE JOHN THOMAS CARR,
MICHELLE DWORAK of
Women's Divorce & Family Law Group
by Haid and Teich LLP,
                *Defendants*

) Case No: 1:18-cv-04821
) Judge Mathew F. Kennelly
) Magistrate Judge M. David Weisman
)
)
)
)

**FILED**

**SEP 18 2018**

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Carleton B. Syph II, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the order dismissing plaintiffs' [AMENDED] COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF filed under to **42 U.S.C. § 1983** dated 9/17/2018 and entered on 9/18/2018.

Respectfully submitted by,
CARLETON B. SYPH II

_____
Pro se Plaintiff

**Date:**       9/18/2018

Carleton B. Syph II
848 Dodge Ave #426
Evanston, IL 60202
Telephone 224-725-0765
Email: greenerlaundry@gmail.com